FILED
U.S. DISTRICT C
EASTERN DISTRIC

2000 JAN -7 A 11:14

LORETTA G. WHYTE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RALPH STUCKEY 108332                    CIVIL ACTION

VERSUS                                  NUMBER: **00-0010**

ED C. DAY, WARDEN                       SECTION **SECT. S MAG. 4**

## ORDER

Considering the application and affidavit to proceed <u>in forma pauperis</u>,

**IT IS ORDERED** that:

☐    the motion is GRANTED; the party is entitled to proceed <u>in forma pauperis</u>.

☐    the motion is MOOT; the party was previously granted pauper status.

☐    the motion is DENIED; the party has sufficient funds to pay the filing fee.

☑    the motion is DENIED as MOOT; the filing fee has already been paid.

☐    the motion is DENIED; the party is not entitled to proceed <u>in forma pauperis</u> for the listed reasons:

_____

_____

New Orleans, La., this 7th day of Jan, 2000.

JAN 0 7 2000

DATE OF ENTRY _____

_____
UNITED STATES MAGISTRATE JUDGE

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
Doc.No._____