

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RALPH STUCKEY                                    CIVIL ACTION

VERSUS                                           NO. 00-0010

ED C. DAY                                        SECTION "S" (4)

ORDER OF RECUSAL

I hereby recuse myself pursuant to the provisions of 28 U.S.C. § 455(a), because my husband, as a Justice on the Supreme Court of Louisiana, participated in the denial of petitioner's request for a supervisory and/or remedial writ. See *State ex rel Stuckey v State*, 99-0744 (La. 8/25/99) 1999 WL 693824.

New Orleans, Louisiana, this 13th day of January, 2000.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

JAN 14 2000

REALLOTTED TO   SECT. R

1