FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB -8 P 3: 42

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RALPH STUCKEY #108332** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0010** |
| **ED C. DAY, WARDEN** | **SECTION "S"(4)** |

\* \* \* \* \* \* \* \* \*

## MOTION FOR FIRST EXTENSION OF TIME

\* \* \* \* \* \* \* \* \*

**NOW INTO COURT,** comes the State of Louisiana, through the undersigned Assistant District Attorney, who does respectfully request an extension of time in which to file a brief for the following reasons:

1. Respondent's brief is due February 9, 2000.

2. Undersigned counsel requested the record relevant to the above captioned matter on January 11, 2000 and has not yet received the record. Undersigned counsel has spoken with Sandra Pena of the Orleans Parish Criminal District Court Clerk's office who is working on obtaining the file.

3. The State is not aware of any opposition to this motion.

FEB 11 2000

DATE OF ENTRY _____

1



WHEREFORE, respondent respectfully requests an additional twenty days from the original return date to this Court, or, until the 29th day of February, 2000, in which to file a response in this matter.

Respectfully submitted,

*N. Bauer*
NICOLE BARRON, BAR NO. 24759
ASSISTANT DISTRICT ATTORNEY
619 South White Street
New Orleans, LA 70119
Telephone: (504) 822-2414


## ORDER

IT IS ORDERED that respondent herein be granted an extension of _20_ day(s), until the _29th_ day of _February_, 2000 in which to file a response in the captioned matter.

_____
U.S. MAGISTRATE JUDGE
United States District Court
Eastern District of Louisiana

This _11th_ day of _February_, 2000,
New Orleans, Louisiana.