


**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **RALPH STUCKEY #108332** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0010** |
| **ED C. DAY, WARDEN** | **SECTION "R"(4)** |

* * * * * * * * *

## MOTION FOR THIRD EXTENSION OF TIME

* * * * * * * * *

**NOW INTO COURT,** comes the State of Louisiana, through the undersigned Assistant District Attorney, who does respectfully request an extension of time in which to file a brief for the following reasons:

1. Respondent's brief is due March 20, 2000.

2 Undersigned counsel requested the record relevant to the above captioned matter on January 11, 2000 and has not yet received the record. Undersigned counsel has left several messages for Sandra Pena of the Orleans Parish Criminal District Court Clerk's office, and has been assured by staff members they are working on obtaining the file.

3. The State is not aware of any opposition to this motion.

DATE OF ENTRY
MAR 2 4 2000





**WHEREFORE,** respondent respectfully requests an additional twenty days from the original return date to this Court, or, until the 10th day of April, 2000, in which to file a response in this matter.

Respectfully submitted,

NICOLE BARRON, BAR NO. 24759
ASSISTANT DISTRICT ATTORNEY
619 South White Street
New Orleans, LA 70119
Telephone: (504) 822-2414

**ORDER**

**IT IS ORDERED** that respondent herein be granted an extension of 10 day(s), until the 1st day of April, 2000 in which to file a response in the captioned matter.

U.S. MAGISTRATE JUDGE
United States District Court
Eastern District of Louisiana

This 23rd day of March, 2000,
New Orleans, Louisiana.