```
                FILED
          U.S. DISTRICT COURT
         EASTERN DISTRICT OF LA

         2000 AUG 11 PM 2:08

           LORETTA G. WHYTE
                CLERK
```

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RALPH STUCKEY** | **CIVIL ACTION** |
| **VERSUS** | **NO:  00-0010** |
| **ED C. DAY, WARDEN** | **SECTION: "R"(4)** |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Petition of Ralph Stuckey for Issuance of a Writ of *Habeas Corpus* under 28 U.S.C. § 2254, be, and the same is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 11th day of August, 2000.

DATE OF ENTRY
AUG 1 1 2000

**UNITED STATES DISTRICT JUDGE**