FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG 11  PM 2: 08

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RALPH STUCKEY | CIVIL ACTION |
| VERSUS | NO: 00-0010 |
| ED C. DAY, WARDEN | SECTION: "R"(4) |

## JUDGMENT

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of the defendant, Ed C. Day, and against Ralph Stuckey, dismissing the petitioner's Application for Writ of *Habeas Corpus* with prejudice.

New Orleans, Louisiana, this 11th day of Aug, 2000.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
AUG 1 1 2000